SCOTTLYNN J HUBBARD IV, SBN 212970
LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

MICHAEL F. BABITZKE, SBN 50048
MICHAEL F. BABITZKE, INC.
6 South El Dorado Street, Suite 305
Stockton, CA 95202
Telephone: (209) 465-5722
Facsimile: 209) 465-0714
Email: mbabitzke@sbcglobal.com

Attorney for Defendants
Bing Kin Chan, Mei Tr Kwok

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARY FEEZOR | Case No. CIV. S-09-00445-JAM-EFB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| C FOODS CONCEPTS, INC. dba ARBY'S #5674; BING KIN CHAN; MEI TR KOWK, | |
| Defendants. | |
| _____/ | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant BING KIN CHAN and MEI TR KOWK and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant BING KIN CHAN and MEI TR KOWK *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant BING KIN CHAN and MEI TR KOWK.

Dated: August 26, 2009            DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: August 26, 2009            MICHAEL F. BABITZKE, INC.

*s/s Michael F. Babitzke*
MICHAEL F. BABITZKE
Attorney for Defendants Bing Kin Chan and Mei Tr Kowk

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-09-00445 JAM EFB, is hereby dismissed with prejudice **as to BING KIN CHAN and MEI TR KOWK only.**

Dated: August 27, 2009            /s/ John A. Mendez
United States District Court Judge